# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SHELLY ARLENE MILLER, | : | Case No.: 18-18413-REF |
| KIRK SHELDON MILLER | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| SHELLY ARLENE MILLER, | : | |
| KIRK SHELDON MILLER | : | |
| | : | **HEARING DATE: May 23, 2019** |
| Objectant, | : | **HEARING TIME: 9:30 a.m.** |
| | : | **HEARING PLACE: Courtroom No. 1** |
| v. | : | **Third Floor, The Madison Building** |
| | : | **400 Washington Street** |
| MIDLAND FUNDING, LLC | : | **Reading, PA 19601** |
| | : | |
| Claimant. | : | |

## PRAECIPE TO WITHDRAW DEBTORS'
## OBJECTIONS TO PROOFS OF CLAIM 7, 8, 9, and 10

To the Clerk of Courts:

Kindly withdraw Debtors' Objections to Proofs of Claim 7, 8, 9, and 10 without prejudice for the following reasons.

Debtors filed Objections to Claims 7, 8, 9, and 10 on April 18, 2019. Claimant filed Amended Claims on May 1, 2019. While Debtor does not believe that these Amended Claims cure the defects, the Motions do not adequately address the Amended Claims. Thus, Debtor has elected to withdraw the Objections and will re-file the Objections as to the Amended Claims in the future if necessary.

Date: May 14, 2019    /s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899