## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHELLY ARLENE MILLER, KIRK SHELDON MILLER | : | Case No.: 18-18413-REF |
| Debtors. | : | Chapter 13 |
| SHELLY ARLENE MILLER, KIRK SHELDON MILLER | : | |
| Objectant, | : | **HEARING DATE: May 23, 2019**<br>**HEARING TIME: 9:30 a.m.**<br>**HEARING PLACE: Courtroom No. 1** |
| v. | : | **Third Floor, The Madison Building**<br>**400 Washington Street** |
| QUANTUM3 GROUP, LLC as AGENT FOR MOMA FUNDING LLC | : | **Reading, PA 19601** |
| Claimant. | : | |

### ORDER

AND NOW, upon consideration of the Debtors' Objection to Claim 1 filed by Quantum3 Group, LLC, and upon the Response of the Claimant, if any, it is hereby ORDERED that the Debtors' Objection is hereby GRANTED. Claim 1 filed by Quantum3 Group, LLC is hereby disallowed.

5/23/19

FOR THE COURT:

_____
US Bankruptcy Judge Richard E. Fehling

cc: Patrick J. Best, Esq.
18 N. 8th St.
Stroudsburg PA 18360

Scott Waterman, Trustee
2901 St. Lawrence Ave.
Reading, PA 19606