United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shelly Arlene Miller  
Kirk Sheldon Miller  
    Debtors

Case No. 18-18413-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: May 23, 2019  
                  Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
```
db/jdb         +Shelly Arlene Miller,    Kirk Sheldon Miller,    11481 N Delaware Drive,    Bangor, PA 18013-3766
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:48:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14252879        E-mail/Text: bnc-quantum@quantum3group.com May 24 2019 02:46:52
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                             TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              PATRICK J. BEST    on behalf of Debtor Shelly Arlene Miller patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              PATRICK J. BEST    on behalf of Joint Debtor Kirk Sheldon Miller patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SHELLY ARLENE MILLER, KIRK SHELDON MILLER | : | Case No.: 18-18413-REF |
| | : | |
| Debtors. | : | Chapter 13 |
| SHELLY ARLENE MILLER, KIRK SHELDON MILLER | : : | |
| | : | HEARING DATE: May 23, 2019 |
| Objectant, | : | HEARING TIME: 9:30 a.m. |
| | : | HEARING PLACE: Courtroom No. 1 |
| v. | : | Third Floor, The Madison Building |
| | : | 400 Washington Street |
| QUANTUM3 GROUP, LLC as AGENT FOR MOMA FUNDING LLC | : : | Reading, PA 19601 |
| Claimant. | : | |

### ORDER

AND NOW, upon consideration of the Debtors' Objection to Claim 1 filed by Quantum3 Group, LLC, and upon the Response of the Claimant, if any, it is hereby ORDERED that the Debtors' Objection is hereby GRANTED. Claim 1 filed by Quantum3 Group, LLC is hereby disallowed.

5/23/19

FOR THE COURT:

_____
US Bankruptcy Judge Richard E. Fehling

cc: Patrick J. Best, Esq.
18 N. 8th St.
Stroudsburg PA 18360

Scott Waterman, Trustee
2901 St. Lawrence Ave.
Reading, PA 19606