**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  SHELLY ARLENE MILLER, | : | Case No.: 18-18413-ELF |
| KIRK SHELDON MILLER | : | |
| | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| SHELLY ARLENE MILLER, | : | |
| KIRK SHELDON MILLER | : | |
| | : | |
| Objectant, | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND FUNDING, LLC | : | |
| | : | |
| Claimant. | : | |

**ORDER**

AND NOW, upon consideration of the parties' Stipulation (Doc. # 32), it is hereby

**ORDERED** that

1. The Stipulation is **APPROVED**.

2. The Clerk shall **AMEND** the claim register in accordance with the terms of the Stipulation.

Date:  6/5/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**