United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shelly Arlene Miller  
Kirk Sheldon Miller  
       Debtors

Case No. 18-18413-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: PaulP      Page 1 of 1      Date Rcvd: Jun 05, 2019  
                   Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2019.  
db/jdb         +Shelly Arlene Miller,    Kirk Sheldon Miller,    11481 N Delaware Drive,    Bangor, PA 18013-3766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14250686       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 06 2019 03:07:56     Midland Funding,  
              2365 Northside Drive,    3rd Floor,    San Diego, CA 92108-2709  
14271064       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 06 2019 03:07:56     Midland Funding LLC,  
              PO Box 2011,    Warren, MI 48090-2011  
                                                                                                                                                       TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2019 at the address(es) listed below:  
           KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
           PATRICK J. BEST    on behalf of Debtor Shelly Arlene Miller patrick@armlawyers.com,  
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com  
           PATRICK J. BEST    on behalf of Joint Debtor Kirk Sheldon Miller patrick@armlawyers.com,  
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com  
           ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
           ecfmail@readingch13.com,    ecf_frpa@trustee13.com  
           SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com,  
           ecf_frpa@trustee13.com  
           SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                     TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  SHELLY ARLENE MILLER, | : | Case No.: 18-18413-ELF |
| KIRK SHELDON MILLER | : | |
| | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| SHELLY ARLENE MILLER, | : | |
| KIRK SHELDON MILLER | : | |
| | : | |
| Objectant, | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND FUNDING, LLC | : | |
| | : | |
| Claimant. | : | |

**ORDER**

AND NOW, upon consideration of the parties' Stipulation (Doc. # 32), it is hereby

**ORDERED** that

1. The Stipulation is **APPROVED**.

2. The Clerk shall **AMEND** the claim register in accordance with the terms of the Stipulation.

Date:  6/5/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**