United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-18413-elf
Shelly Arlene Miller                                                    Chapter 13
Kirk Sheldon Miller
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Aug 09, 2019
                              Form ID: 152            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
```
db/jdb         +Shelly Arlene Miller,    Kirk Sheldon Miller,    11481 N Delaware Drive,    Bangor, PA 18013-3766
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14250669       +AES/Chase Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
14250668      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886)
14250671       +Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
14272177       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14250673       +Bk Of Amer,    400 Christiana Rd,    Newark, DE 19702-3208
14250674       +Boscovs,    PO Box 71106,    Charlotte, NC 28272-1106
14277512        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14250676       +Chase,    P.O. Box 6294,    Carol Stream, IL 60197-6294
14250677       +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
14282657       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14250685      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court: Met-Ed,    PO Box 16001,    Reading, PA 19612)
14263011       +Met-Ed,    101 Crawfords Corner Rd,    Bldg#1 Ste 1-511,    Holmdel, NJ 07733-1976
14250688       +National Penn Bank,    PO Box 387,    Boyertown, PA 19512-0387
14250689       +North Shore Agency,    4000 East 5th Street,    Columbus, OH 43219-1811
14260502      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court: People First Federal Credit Union,    2141 Downyflake Ln,
                 Allentown, PA 18103-4774)
14250697       +St Luke's Physician Group,    PO Box 25837,    Salt Lake City, UT 84125-0837
14250698        World's Foremost Bank,    488 NW 1st Street,    Suite 300,    Lincoln, NE 68521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 04:00:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2019 04:01:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14250670       +E-mail/Text: bankruptcy@bbandt.com Aug 10 2019 03:59:41      BB&T,    4251 Fayetteville Rd,
                 Lumberton, NC 28358-2678
14250675       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 04:26:23      Cabela's Club Visa,
                 PO Box 82519,    Lincoln, NE 68501-2519
14250678       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2019 03:59:49      Comenity/Victorias Secret,
                 PO Box 182125,    Columbus, OH 43218-2125
14250679        E-mail/Text: mrdiscen@discover.com Aug 10 2019 03:59:26      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
14257632        E-mail/Text: mrdiscen@discover.com Aug 10 2019 03:59:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14250680        E-mail/Text: bankruptcynotification@ftr.com Aug 10 2019 04:02:40      Frontier Communications,
                 PO Box 20550,    Rochester, NY 14602
14250681       +E-mail/Text: enolte@ftlfinance.com Aug 10 2019 04:02:45      Ftl Finance,    820 S Main St,
                 Saint Charles, MO 63301-3306
14250682        E-mail/Text: cio.bncmail@irs.gov Aug 10 2019 03:59:39      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14250683       +E-mail/Text: bncnotices@becket-lee.com Aug 10 2019 03:59:31      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14250684        E-mail/Text: camanagement@mtb.com Aug 10 2019 03:59:46      M&T Bank,    1100 Wehrle Drive,
                 Floor 2,    Buffalo, NY 14221
14250686       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2019 04:00:58      Midland Funding,
                 2365 Northside Drive,    3rd Floor,    San Diego, CA 92108-2709
14271064       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2019 04:00:58      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14250687       +E-mail/Text: bankruptcy@nbtbank.com Aug 10 2019 04:01:41      NBT,    20 Mohawk Street,
                 Canajoharie, NY 13317-1144
14252879        E-mail/Text: bnc-quantum@quantum3group.com Aug 10 2019 03:59:57
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14250691       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 10 2019 04:01:38      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14265417       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 10 2019 04:01:38      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14250692       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:28:57      SYNCB/Howards,    PO Box 103104,
                 Roswell, GA 30076-9104
14250693       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:28:57      SYNCB/JCPenny,    P.O. Box 960090,
                 Orlando, FL 32897-0001
14250694       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:26:20      SYNCB/Lumber Liquidator,
                 PO Box 965036,    Orlando, FL 32897-0001
```

```
District/off: 0313-4           User: BarbaraS              Page 2 of 2                  Date Rcvd: Aug 09, 2019
                               Form ID: 152                Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14250695       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:28:57      SYNCB/Old Navy,    PO Box 965005,
                 Orlando, FL 32897-0001
14284678       +E-mail/Text: bncmail@w-legal.com Aug 10 2019 04:01:16       Scolopax, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14250696       +E-mail/Text: bankruptcy@bbandt.com Aug 10 2019 04:00:00      Sheffield Financial,
                 2554 Lewisville Clemmons Road,    Clemmons, NC 27012-8110
14251510       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:28:57      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14250672*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
14250690*     ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                 (address filed with court:   People's First FCU,    2141 Downyflake Lane,   Allentown, PA 18103)
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          PATRICK J. BEST    on behalf of Joint Debtor Kirk Sheldon Miller patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
           om
          PATRICK J. BEST    on behalf of Debtor Shelly Arlene Miller patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
           om
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,   ecf_frpa@trustee13.com
          SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shelly Arlene Miller and Kirk Sheldon Miller

    Debtor(s)

Case No: 18–18413–elf

Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/12/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court