## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kirk Sheldon Miller | : | Bankruptcy No.: 18-18413-elf |
| Shelly Arlene Miller | : | |
| | : | |
| Debtors. | : | CHAPTER 13 |

### ADDENDUM TO DEBTOR'S FIRST AMENDED PLAN

AND NOW comes the Debtors, Kirk Sheldon Miller and Shelly Arlene Miller, by and through their attorney, Patrick J. Best, Esquire, of ARM Lawyers who hereby submits this Addendum to the Debtors' proposed First Amended Chapter 13 Plan.

1. On July 17, 2019, the Debtors filed their First Amended Chapter 13 Plan with this Honorable Court.

2. The current plan proposes funding claims totaling $40,339.96. The correct plan total should be $40,774.02. The Debtors will increase the total funding of the plan by $404.42 to completely fund all claims.

3. The undersigned respectfully submits this Addendum in order to have their First Amended Chapter 13 Plan confirmed by this Honorable Court.

Date: September 9, 2019

/s/ Patrick J. Best
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
Attorney for Debtor