**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kirk Sheldon Miller, | : | No. 18-18413-elf |
| Shelly Arlene Miller | : | |
| | : | |
| Debtors. | : | Chapter 13 |

## ORDER

AND NOW, based on the Fee Application of Debtor's Counsel, it is hereby **ORDERED** that the Application **GRANTED**. Counsel is **ALLOWED** $2,000.00 in compensation and $75.78 in reimbursement of expenses. The Trustee may distribute the allowed amount less $0.00 of which was previously paid.

Date: 10/10/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

1