Certificate Number: 15111-PAE-DE-033773192

Bankruptcy Case Number: 18-18413



15111-PAE-DE-033773192

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 2, 2019, at 2:46 o'clock PM EST, Shelly Arlene Miller completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 2, 2019            By:   /s/Maan Arriane Vendiola for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education