Certificate Number: 15111-PAE-DE-033773190

Bankruptcy Case Number: 18-18413



15111-PAE-DE-033773190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 2, 2019</u>, at <u>2:46</u> o'clock <u>PM EST</u>, <u>Kirk Sheldon Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 2, 2019</u>            By:    <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>