```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                                 Case No. 18-18413-elf
Shelly Arlene Miller                                                   Chapter 13
Kirk Sheldon Miller
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0313-4          User: PaulP                 Page 1 of 2                 Date Rcvd: Feb 14, 2020
                              Form ID: 138NEW             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db/jdb         +Shelly Arlene Miller,    Kirk Sheldon Miller,    11481 N Delaware Drive,    Bangor, PA 18013-3766
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14250669       +AES/Chase Bank,    PO Box 61047,    Harrisburg, PA 17106-1047
14250668      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:    AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886)
14250671       +Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
14272177       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14250673       +Bk Of Amer,    400 Christiana Rd,    Newark, DE 19702-3208
14250674       +Boscovs,    PO Box 71106,    Charlotte, NC 28272-1106
14277512        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14250676       +Chase,    P.O. Box 6294,    Carol Stream, IL 60197-6294
14250677       +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
14282657       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14250685      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court:    Met-Ed,    PO Box 16001,    Reading, PA 19612)
14263011       +Met-Ed,    101 Crawfords Corner Rd,    Bldg#1 Ste 1-511,    Holmdel, NJ 07733-1976
14250688       +National Penn Bank,    PO Box 387,    Boyertown, PA 19512-0387
14250689       +North Shore Agency,    4000 East 5th Street,    Columbus, OH 43219-1811
14260502      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court:    People First Federal Credit Union,    2141 Downyflake Ln,
                 Allentown, PA 18103-4774)
14250697       +St Luke's Physician Group,    PO Box 25837,    Salt Lake City, UT 84125-0837
14250698        World's Foremost Bank,    488 NW 1st Street,    Suite 300,    Lincoln, NE 68521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2020 03:12:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2020 03:13:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14250670       +E-mail/Text: bankruptcy@bbandt.com Feb 15 2020 03:12:29      BB&T,    4251 Fayetteville Rd,
                 Lumberton, NC 28358-2678
14250675       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 03:25:51       Cabela's Club Visa,
                 PO Box 82519,    Lincoln, NE 68501-2519
14250678       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 03:12:33       Comenity/Victorias Secret,
                 PO Box 182125,    Columbus, OH 43218-2125
14250679        E-mail/Text: mrdiscen@discover.com Feb 15 2020 03:12:21      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
14257632        E-mail/Text: mrdiscen@discover.com Feb 15 2020 03:12:21      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14250680        E-mail/Text: bankruptcynotification@ftr.com Feb 15 2020 03:14:04       Frontier Communications,
                 PO Box 20550,    Rochester, NY 14602
14250681       +E-mail/Text: collections@ftlfinance.com Feb 15 2020 03:14:09      Ftl Finance,    820 S Main St,
                 Saint Charles, MO 63301-3306
14250682        E-mail/Text: cio.bncmail@irs.gov Feb 15 2020 03:12:28      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14250683       +E-mail/Text: bncnotices@becket-lee.com Feb 15 2020 03:12:22      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14250684        E-mail/Text: camanagement@mtb.com Feb 15 2020 03:12:32      M&T Bank,    1100 Wehrle Drive,
                 Floor 2,    Buffalo, NY 14221
14250686       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2020 03:13:04      Midland Funding,
                 2365 Northside Drive,    3rd Floor,    San Diego, CA 92108-2709
14271064       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2020 03:13:04      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14250687       +E-mail/Text: bankruptcy@nbtbank.com Feb 15 2020 03:13:20      NBT,    20 Mohawk Street,
                 Canajoharie, NY 13317-1144
14252879        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 03:12:34
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14250691       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 15 2020 03:13:18      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14265417       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 15 2020 03:13:18      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14250692       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:25:51      SYNCB/Howards,    PO Box 103104,
                 Roswell, GA 30076-9104
14250693       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:25:53      SYNCB/JCPenny,    P.O. Box 960090,
                 Orlando, FL 32897-0001
14250694       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:22:16      SYNCB/Lumber Liquidator,
                 PO Box 965036,    Orlando, FL 32897-0001
```

```
District/off: 0313-4          User: PaulP              Page 2 of 2              Date Rcvd: Feb 14, 2020
                              Form ID: 138NEW          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14250695        +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:25:51     SYNCB/Old Navy,    PO Box 965005,
                 Orlando, FL 32897-0001
14284678        +E-mail/Text: bncmail@w-legal.com Feb 15 2020 03:13:13       Scolopax, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14250696        +E-mail/Text: bankruptcy@bbandt.com Feb 15 2020 03:12:35       Sheffield Financial,
                 2554 Lewisville Clemmons Road,    Clemmons, NC 27012-8110
14251510        +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:25:52     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14250672*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
14250690*      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,     ALLENTOWN PA 18103-4799
                 (address filed with court:   People's First FCU,     2141 Downyflake Lane,    Allentown, PA 18103)
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
```
          KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          PATRICK J. BEST    on behalf of Joint Debtor Kirk Sheldon Miller patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
           om
          PATRICK J. BEST    on behalf of Debtor Shelly Arlene Miller patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
           om
          REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Shelly Arlene Miller and Kirk Sheldon Miller

    Debtor(s)

Bankruptcy No: 18−18413−elf

Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 2/14/20

54 − 53
Form 138_new